IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT R. SCHMIDT,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No.  14-cv-287-bbc

DEBORAH McCULLOUGH,

    Respondent.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Scott R. Schmidt's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

　

/s/　　　　　　　　　　　　　　　　　　　　　　　　November 7, 2014

Peter Oppeneer, Clerk of Court　　　　　　　　　　　Date