IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT R. SCHMIDT, ) | |
|     Petitioner, ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| DEBORAH McCULLOUGH, ) | File Number: 14-cv-287-bbc |
|     Respondent. ) | |

    Notice is hereby given that Scott R. Schmidt (Petitioner) in the above captioned case **appeals** to the United States Court of Appeals for the Seventh Circuit, from the final judgment or order entered in this action on the 7th day of November 2014.

    Petitioner Scott R. Schmidt is proceeding **pro se** and requests all rules applicable to appeal this final judgment be mailed to him in order to comply with the proper procedures, timelines, and mandates required by the United States Court of Appeals for the Seventh Circuit.

    As confirmed by the enclosed Affidavit of Mailing, this notice of appeal was mailed to the Respondent - Ms. Deborah McCullough the same day as mailed to the United States District Court for the Western District of Wisconsin.

                                     Respectfully submitted,

                                       */s/ Scott R. Schmidt*
                                       Scott R. Schmidt

                                       Sandridge Secure Treatment Center
                                       1111 North Road
                                       P.O. Box 800
                                       Mauston, WI 53948-0800